of the order. See, also, 128 App. Div. 909, 112 N. Y. Supp. 1134; 140 App. Div. 339, 125 N. Y. Supp. 133.

In re LAMBERT. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of the application of Leo J. Lambert for admission to the bar. No opinion. Application granted.

LANG, Respondent, v. MUELLER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by John Lang against E. Hermann Mueller and others.

PER CURIAM. Judgment affirmed, with costs, on the ground that defendant Mueller has not established that he was a purchaser for a valuable consideration, within the meaning of the real property law. Turner v. Howard, 10 App. Div. 555, 42 N. Y. Supp. 335.

BURR, J., not voting.

LATTANZIO, Appellant, v. SARANTONIO, Respondent. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Francesco Lattanzio against Salvatore Sarantonio.

PER CURIAM. Judgment and order of the County Court of Queens County affirmed, with costs.

BURR, J., not voting.

LAWSON et al., Respondents, v. DOUGLAS, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by William S. Lawson and others against Curtis N. Douglas. C. F. Williams, for appellant. D. A. Holmes, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

LE BARON, Appellant, v. BARKER, Respondent. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Georgianna L. Le Baron against Frances E. Barker. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 145 App. Div. 934, 129 N. Y. Supp. 1132.

In re LEGGETT'S WILL. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) In the matter of the probate of the last will and testament of William Fox Leggett, deceased. No opinion. Decree unanimously affirmed, with costs against Hendren personally.

LEVINE v. DIAMOND DRILL CARBON CO. EQUITABLE TRUST CO. v. MOSS. LEVY v. ENGLE. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Actions by Abraham Levine against the Diamond Drill Carbon Company, by the Equitable Trust Company against Samuel H. Moss, and by Jacob Levy against Samuel Engle. No opinions. Motions granted, with $10 costs, unless appellants comply with terms stated in order. Order filed. See, also, 131 N. Y. Supp. 1113; infra.

LEVY, Appellant, v. ENGLE, Respondent. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Jacob Levy against Samuel Engle. N. C. Choloney, for appellant. S. Levy, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, supra.

LIEBER, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by William J. Lieber against the International Railway Company and another. Appeal to Court of Appeals dismissed. 97 N. E. 1108.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground that the verdict is excessive and that errors were committed in the reception of evidence.

SPRING, J., not sitting.

LINEHAN, Appellant, v. NELSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Jerry Linehan against Frank J. Nelson.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 130 App. Div. 905, 115 N. Y. Supp. 1128.

SPRING, J., dissents, upon the ground that the words used by the defendant, according to his own version, charged the plaintiff with the commission of perjury.

LONG ISLAND R. CO., Respondent, v. MULRY et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Action by the Long Island Railroad Company against Mary T. Mulry and others. No opinion. Judgment reversed, and new trial granted, costs to abide the final award of costs, on the authority of Scheer v. Long Island R. R. Co., 127 App. Div. 267, 111 N. Y. Supp. 569. See, also, infra.

LONG ISLAND R. CO., Respondent, v. MULRY et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by the Long Island Railroad Company against Mary T. Mulry and others. No opinion. Motion denied, without costs. See, also, supra.

LORETZ, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Albert K. Loretz against the City of New York. No opinion. Motion denied, with $10 costs. See, also, 132 N. Y. Supp. 988.